CO-386-online
10/03

# United States District Court
# For the District of Columbia

IMAPIZZA, LLC,

           Plaintiff

vs

AT PIZZA LIMITED, et al.,

           Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __IMAPIZZA, LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __IMAPIZZA, LLC_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_s/David Barmak_____
Signature

DC Bar No 236752A
_____
BAR IDENTIFICATION NO.

David Barmak_____
Print Name

701 Pennsylvania Avenue NW #900_____
Address

Washington,    DC          20004_____
City           State       Zip Code

(202) 585-3507_____
Phone Number