**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IMAPIZZA, LLC**,<br><br>                                  *Plaintiff*,<br><br>vs.<br><br>**AT PIZZA LIMITED**, et al.,<br><br>                                  *Defendants*. | CIVIL ACTION NO. 1:17-cv-02327-TJK |

**JOINT STIPULATION AND REQUEST TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**

Plaintiff IMAPizza, LLC and all Defendants, by and through their respective attorneys, hereby stipulate as follows:

1.     On November 15, 2017 and November 16, 2017, Defendants were personally served abroad in the United Kingdom.  Therefore, Plaintiff contends Defendants' deadlines to file a responsive pleading to the Complaint are December 6 and 7, 2017, respectively.

2.     Defendants' undersigned counsel was retained Monday, December 4, 2017, two days before what Plaintiff alleges was the first deadline to file a responsive pleading, and is still in the process of reviewing this matter and retaining local counsel.  Accordingly, the parties reserve their respective objections and positions with respect to the effectiveness of service, and all other objections. Plaintiff offered a 1-week extension for Defendants' time for filing a responsive pleading to and until Wednesday, December 13, 2017.  Defendants have agreed to Plaintiff's offer of a 1-week extension to avoid any possibility of default.

3.     The agreed extension until December 13, 2017 is without prejudice to Defendants' right to seek further extension or modification of that date and Plaintiff's right to

oppose such further extension.

Based on the foregoing, the parties jointly request that the Court enter the accompanying proposed Order granting the extension of time to December 13, 2017.

                                             Respectfully submitted,

Dated:  December 7, 2017              MINTZ LEVIN COHN FERRIS
                                        GLOVSKY AND POPEO P.C.

                                        By:  *s/David Barmak*
                                               David Barmak
                                             DC Bar No 236752A
                                             701 Pennsylvania Avenue NW #900
                                             Washington, DC 20004
                                             (202) 585-3507
                                             DBarmak@mintz.com

                                             Attorney for Plaintiff IMAPIZZA, LLC

Andrew D. Skale (applying *pro hac vice*)
Ben L. Wagner (applying *pro hac vice*)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
(858) 314-1500
adskale@mintz.com
bwagner@mintz.com

Dated:  December 7, 2017              SHERIDAN ROSS PC

                                        By:  *s/ Patricia Y. Ho*
                                             Patricia Y. Ho (applying *pro hac vice*)
                                             1560 Broadway, Suite 1200
                                             Denver, CO 80202-5145
                                             (303) 863-9700
                                             pho@sheridanross.com

                                             Attorney for Defendants