UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IMAPIZZA, LLC**,<br><br>       *Plaintiff*,<br><br>  vs.<br><br>**AT PIZZA LIMITED**, *et al.*,<br><br>       *Defendants*. | CIVIL ACTION NO. 1:17-cv-02327-TJK |

**DECLARATION OF BEN L. WAGNER IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR A FURTHER EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

I, BEN L. WAGNER, DECLARE:

1. I am special counsel at the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo PC, attorneys of record for Plaintiff IMAPIZZA, LLC ("Plaintiff" or "IMA Pizza"). I have personal knowledge of the facts stated herein and would and could competently testify to the same if called to testify.

2. On November 3, 2017, IMA Pizza filed suit against At Pizza Limited, Mr. Bhasker Dhir, and Mr. Rupert Lyle (collectively herein, "Defendants"). ECF Doc. No. 1.

3. Counsel for At Pizza Limited was initially Simon Catto, Head of Dispute Resolution – Scotland for Addleshaw Goddard, an international law firm with over 750 attorneys across numerous countries. Addleshaw Goddard states the following on their homepage, www.addleshawgoddard.com/en/international/americas/: "Where needed, we draw on our network of American Preferred Firms to provide local support. We have developed strong relationships with leading law firms all over the continent.  In North America we have

1

connections in each region, so as to cover the eastern and western seaboards, Texas, the Midwest, Washington DC, Toronto and Ottawa."

4. On the morning of November 9, 2017, Mr. Catto left a morning voicemail with Mintz Levin, stating "I act for a company called At Pizza" and explaining his understanding that Mintz Levin (as counsel for IMA Pizza) had filed court documents relating to the two parties. He asked for a return call. I returned the call within about an hour, in hopes of reaching him within his normal Scotland business hours. While I left a voicemail stating that we would be happy to talk at his convenience, my call was not returned.

5. On November 10, 2017, Mr. Catto was also provided via email with copies of ECF Doc. Nos. 1-1 to 1-10 in this action (the Summons, Complaint and Exhibits thereto). Attached hereto as **Exhibit B** is a true and correct copy of the email between counsel for the parties (excluding the original attachments to the email).

6. IMA Pizza complied with rules of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention") for service of process in both England and Scotland (both part of the U.K.). Attached hereto as **Exhibit A** is a true and correct printout of www.hcch.net/en/states/authorities/details3/?aid=278. The websites hcch.net is The Hague Conference on Private International Law's official website, and this subpage is the information provided for service of process in the U.K. under the Hague Convention. The relevant language is highlighted.

7. On November 15 and 16, 2017, Defendants were personally served at the instruction of local country counsel, acting as "other competent persons" pursuant to Article 10(b of the Hague Convention. Local country counsel in England was Tom Carver, Partner and

Solicitor at the law firm JA Kemp.  Local country counsel in Scotland was Megan Briggs, Senior Solicitor at the law firm Burness Paull.  The resulting Proofs of Service are on the court docket at ECF Doc. No. 5.

      8.     On December 4, 2017, two days before the first 21-day Answer deadline, Mintz Levin received a voicemail and email from a Colorado attorney, Patricia Ho of Sheridan Ross PC, on behalf of Defendants.  This was Defendants' first communication with Mintz Levin since I left my December 10, 2017 voicemail with Mr. Catto.  I responded by email that same day, attaching copies of the Proofs of Service.

      9.     On Wednesday, December 6, 2017, IMA Pizza agreed to provide Defendants with a one-week courtesy extension (a stipulation confirming the same was filed as ECF Doc. No. 7).

      10.    On Monday, December 11, 2017, Ms. Ho advised of Defendants' decision to seek a further extension to January 22, 2018.  Through meet and confer efforts, IMA Pizza offered an even further extension, on condition that the case not be delayed with any further extensions thereafter.  Defendants refused the proposed resolution.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in San Diego, California, this 15th day of December, 2017.

                                        Respectfully submitted,

                            By:   */s/Ben Wagner*
                                   Ben L. Wagner

# CERTIFICATE OF SERVICE

I hereby certify that, on December 15, 2017, the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users. Further, a courtesy copy of the foregoing document(s) was sent to Defendants' counsel via e-mail as follows:

    Matthew J. Dowd, Esq.
    Dowd PLLC
    1717 Pennsylvania Avenue, NW
    Washington, D.C. 20006
    mjdowd@dowdpllc.com

    Patricia Ho, Esq.
    SHERIDAN ROSS PC
    1560 Broadway, Suite 1200
    Denver, CO 80202
    pho@sheridanross.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 15, 2017, at San Diego, California. I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

                                            By: *s/Kelly Jenckes*
                                                Kelly Jenckes

# **Exhibit A**

# DETAILS

# United Kingdom - Central Authority & practical information

**Central Authority(ies):**

[Until 21 August 2008: Her Majesty's Principal Secretary of State for Foreign Affairs]

As per 22 August 2008: *The Senior Master, Royal Courts of Justice*

| Contact details: | |
|---|---|
| Address: | The Senior Master<br>For the attention of the Foreign Process Section<br>Room E16<br>Royal Courts of Justice<br>Strand<br>LONDON WC2A 2LL |
| Telephone: | +44 207 947 6691 / 7786 / 6488 / 6327 / 1741 |
| Fax: | +44 870 324 0025 |
| E-mail: | foreignprocess.rcj@hmcts.gsi.gov.uk |
| General website: | www.justice.gov.uk |
| Contact person: | - |
| Languages spoken by staff: | English |

| Practical Information: |
|---|

| | |
|---|---|
| Forwarding authorities (Art. 3(1)): | *England and Wales:*<br>The Senior Master of the Royal Courts of Justice<br>Strand<br>London WC2A 2 LL<br>Switchboard: +44 207 947 6000<br>Tel: +44 20 7947 6691<br>Fax: +44 20 7947 6237<br>Website: http://www.hmcourts-service.gov.uk/<br><br>*Scotland:*<br>Scottish Government Justice Directorate<br>Central Authority & International Law Team<br>St. Andrew's House (GW15)<br>EDINBURGH EH1 3DG<br>Scotland, UK<br>E-mail: robert.packwood@scotland.gsi.gov.uk<br>tel.: +44 (131) 244 4829<br>fax: +44 (131) 244 4848<br><br>*Northern Ireland:*<br>The Master (Queen's Bench and Appeals)<br>Royal Courts of Justice<br>Chichester Street<br>Belfast BT1 3JF<br>Tel: + 44 28 90 72 47 06<br>Fax: + 44 28 90 23 51 86<br>adminoffice@courtsni.gov.uk<br>Website: www.courtsni.gov.uk/en-GB/ |
| Methods of service (Art. 5(1)(2)): | Personal service on individuals & postal service on registered offices of companies. If this fails by first class post.<br><br>*England and Wales:*<br>European Judicial Network in Civil and Commercial Matters – Service of documents.<br><br>*Scotland:*<br>European Judicial Network in Civil and Commercial Matters – Service of documents.<br><br>*Northern Ireland:*<br>European Judicial Network in Civil and Commercial Matters – Service of documents.<br><br>*Gibraltar:*<br>European Judicial Network in Civil and Commercial Matters – Service of documents. |

| | |
|---|---|
| Translation requirements (Art. 5(3)): | Pursuant to Article 5(3) of the Convention United Kingdom will require the documents to be written in, or translated into, the English language.<br><br>Click here to read all the declarations and reservations made by the United Kingdom under this Convention. |
| Costs relating to execution of the request for service (Art. 12): | As from 1 January 1979 no charge is made for service in normal circumstances. However, if the request is for service by a particular method, which incurs extra costs, or in other exceptional circumstances, actual costs of service will be reclaimed.<br><br>**N.B.:** This applies only to England and Wales, Scotland and Northern Ireland, and not to those overseas territories for whose international relations the United Kingdom is responsible. |
| Time for execution of request: | |
| Direct communication between:<br><br>- Judicial officers, officials or other competent persons (Art. 10 b)), and<br><br>- Any person interested in a judicial proceeding and judicial officers, officials or other competent persons (Art. 10 c)) | With reference to Article 10(b) and (c) of the Convention, documents for service through official channels will be accepted in the United Kingdom only by the Central or additional authorities and only from judicial, consular or diplomatic officers of other Contracting States (see however English letter below).*<br><br>*Extract from a letter dated 11 September 1980 addressed by the Foreign and Commonwealth Office to the Permanent Bureau:*<br><br>"(...) Thank you for your letter of 31 July in which you ask for assistance in the interpretation of the declaration made by the United Kingdom on 17 November 1967 in relation to Article 10 c) of the Convention.<br><br>==I am happy to confirm that our declaration does not preclude any person in another Contracting State who is interested in a judicial proceeding (including his lawyer) from effecting service in the United Kingdom "directly" through a competent person other than a judicial officer or official, e.g., a solicitor. (...)"==<br><br>==*Conclusion and Recommendation No 58 of the 2003 Special Commission (SC)*==<br>=="The 2003 SC noted that the UK confirmed its position expressed at the Special Commission meeting of 1989, indicating its preference for the use of direct service through English solicitors on residents of England and Wales." (See Conclusions and Recommendations of the 2003 SC)==<br><br>Click here to read all the declarations and reservations made by the United Kingdom under this Convention. |

| | |
|---|---|
| Oppositions and declarations (Art. 21(2)): | Click here to read all the declarations and reservations made by the United Kingdom under this Convention. |
| Art. 8(2): | No opposition |
| Art. 10(a): | No opposition |
| Art. 10(b): | Additional information - see above and declarations |
| Art. 10(c): | Additional information - see above and declarations |
| Art. 15(2): | Declaration of applicability |
| Art. 16(3): | Declaration for Scotland only |
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25) **Disclaimer:** *Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | To consult bilateral and multilateral treaties to which United Kingdom is a party, click here. Council Regulation (EC) No 1393/2007 on the service in the Member States of judicial and extrajudicial documents in civil or commercial matters (Strasbourg, 13 November 2007) (European Judicial Atlas – Service of Documents). |
| Useful links: | Civil Procedures Rules – Department of Constitutional Affairs. |

(This page was last updated on 14 April 2015)

## Conventions (incl. Protocols and Principles)

- Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]

# **<u>Exhibit B</u>**

| | |
|---|---|
| **From:** | Megan Briggs <Megan.Briggs@burnesspaull.com> |
| **Sent:** | Friday, November 10, 2017 8:26 AM |
| **To:** | Catto, Simon |
| **Cc:** | Colin Hulme |
| **Subject:** | RE: IMA/3003/1 - IMA Pizza LLC - At Pizza Limited |
| **Attachments:** | 2017-11-03 #1 Complaint.PDF; 2017-11-03 #1-10 Summons.PDF; 2017-11-03 #1-1 Exhibit 1.PDF; 2017-11-03 #1-2 Exhibit 2.PDF; 2017-11-03 #1-3 Exhibit 3.PDF; 2017-11-03 #1-4 Exhibit 4.PDF; 2017-11-03 #1-5 Exhibit 5.PDF; 2017-11-03 #1-6 Exhibit 6.PDF; 2017-11-03 #1-7 Exhibit 7.PDF; 2017-11-03 #1-8 Exhibit 8.PDF; 2017-11-03 #1-9 Civil Cover Sheet.PDF |

Simon

Further to our previous correspondence, we are now in receipt of the attached US court papers and have been instructed to provide you with copies.

I have been advised that the Court has not yet issued the official paperwork which is required for service. In the meantime therefore, I would be grateful if you could confirm whether or not you will be instructed to accept service on behalf of any of the defendants.

Kind regards

Megan

**Megan Briggs**
Senior Solicitor
Burness Paull LLP

Direct Dial: +44 (0)141 273 6813
Mobile: +44 (0)7525 038 520
Email: Megan.Briggs@burnesspaull.com
LinkedIn: https://www.linkedin.com/in/megan-briggs-7b619782/.

---

**From:** Megan Briggs
**Sent:** 09 November 2017 16:33
**To:** 'Catto, Simon'
**Cc:** Colin Hulme
**Subject:** IMA/3003/1 - IMA Pizza LLC - At Pizza Limited

Simon

Further to our earlier call, please find details of our client's US agent below.

Andrew Skale
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300 | San Diego, CA 92130
Direct: +1.858.314.1506 | Fax: +1.858.314.1501
E-mail: ADSkale@mintz.com

Kind regards

1

Megan

**Megan Briggs**
Senior Solicitor
Burness Paull LLP

Direct Dial: +44 (0)141 273 6813
Mobile: +44 (0)7525 038 520
Email: Megan.Briggs@burnesspaull.com
LinkedIn: https://www.linkedin.com/in/megan-briggs-7b619782/.