UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IMAPIZZA, LLC**, <br><br> *Plaintiff*, <br><br> vs. <br><br> **AT PIZZA LIMITED**, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. 1:17-cv-02327-TJK |

# [PLAINTIFF'S PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS

Defendants have filed a Motion to Dismiss ("Motion"). Having reviewed all submissions in connection therewith, the Court DENIES the Motion.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2018, the foregoing document(s) has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered users. Further, a courtesy copy of the foregoing document(s) was sent to Defendants' counsel via e-mail as follows:

Matthew J. Dowd, Esq.
Dowd PLLC
1717 Pennsylvania Avenue, NW
Washington, D.C. 20006
mjdowd@dowdpllc.com

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.

By: *s/Ben L. Wagner*
Andrew D. Skale (admitted *pro hac vice*)
Ben L. Wagner (admitted *pro hac vice*)
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
(858) 314-1500
adskale@mintz.com
bwagner@mintz.com

David Barmak
DC Bar No 236752A
701 Pennsylvania Avenue NW #900
Washington, DC 20004
(202) 585-3507
DBarmak@mintz.com

*Attorney for Plaintiff IMAPIZZA, LLC*

74973102v.1