UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMAPIZZA, LLC,<br>229 1/2 Pennsylvania Ave. SE, 3rd Floor,<br>Washington, D.C. 2003,<br><br>                *Plaintiff*,<br><br>   v.<br><br>AT PIZZA LIMITED, Charlotte Lane<br>Edinburgh, U.K., EH2 4QZm,<br>BHASKER DHIR, c/o 2 Clifton Moor Business<br>Village, James Nicholson Link, York U.K.,<br>Y030 4XG, and<br>RUPERT LYLE, c/o Charlotte Lane<br>Edinburgh, U.K., EH2 4QZ,<br><br>                *Defendants*.<br>_____ | Civil Action No. 17-cv-02327-TJK |

## DECLARATION OF MATTHEW J. DOWD IN SUPPORT OF MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

      I, MATTHEW J. DOWD, declare under penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am a founding partner and managing partner of Dowd Scheffel PLLC ("Dowd Scheffel"), attorneys for Defendants At Pizza Limited, Bhasker Dhir, and Rupert Lyle (collectively "Defendants") in this action. I am fully familiar with the matters asserted herein and respectfully submit this declaration in support of Defendants' Motion for Leave to File a Sur-reply.

1

2. For a summary of the issue at hand, I refer to: (1) Magistrate Judge's Report and Recommendations, Dkt. No. 65; (2) Plaintiff's Objections to the Magistrate Judge's Report and Recommendations, Dkt. No. 66; and (3) Defendants' Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendations, Dkt. No. 67.

3. Defendants seek leave to file a Sur-reply in support of Defendants' Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendations.

4. Attached as **Exhibit 1** is a true and correct copy of an email from Kara Cormier to Matthew J. Dowd, dated July 9, 2021. The attached email was part of an email correspondence in which Plaintiff's counsel noted their consideration of the settlement offer with respect to the attorney's fees, and that they were "still talking to their client." This email directly contradicts Plaintiff's assertion in its reply that Plaintiff considered the offer to be a "joke."

5. I have read the [Proposed] Sur-reply, and I attest that each factual assertion recited in it is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C., this 26th day of July 2021.

/s/ Matthew J. Dowd

Matthew J. Dowd