# EXHIBIT 1

**Subject:** RE: IMAPizza - Draft Settlement Agreement
**Date:** Friday, July 9, 2021 at 12:56:05 PM Eastern Daylight Time
**From:** Cormier, Kara
**To:** Skale, Andrew, Matthew Dowd
**CC:** Robert Scheffel

Matt,

Following up on our phone call, we are still talking to the client about your request for free pizza for life, but it would help if you provided some clarity as to what you are hoping to obtain (e.g., 1 pizza a week for X years?, 1 slice a day for X years?) and, in the alternative, the monetary value that you would ascribe to this portion of the settlement.

In addition, please let us know if you have any comments on the settlement agreement.  At minimum we will need your wire information.

Thanks,
**Kara Cormier**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.1658
KMCormier@mintz.com | Mintz.com

