UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMAPIZZA, LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 17-cv-02327-TJK |
| AT PIZZA LIMITED, BHASKER DHIR, and RUPERT LYLE, | |
| *Defendants*. | |

**DEFENDANTS' NOTICE OF SATISFACTION OF JUDGMENT**

On July 27, 2021, in a final and appealable order, the District Court granted in part the motion of Defendants At Pizza Limited, Bhasker Dhir, and Rupert Lyle for attorney's fees against Plaintiff. *See* Dkt. No. 70. Plaintiff IMAPizza, LLC has not appealed the order. On August 27, 2021, Plaintiff fully satisfied this judgment through payment to Defendants.


Dated: September 7, 2021

By: /s/ Matthew J. Dowd
Matthew Dowd
D.C. Bar No. 998373
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW,
Suite 1025
Washington, D.C. 20006
mdowd@dowdscheffel.com
(202) 559-9175

*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of September 2021, the foregoing document has been filed and served on Plaintiff's counsel via the Court's ECF system. Further, a courtesy copy of the foregoing document was sent to Plaintiff's counsel via e-mail as follows:

David Barmak
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
dbarmak@mintz.com

Andrew Skale
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
3580 Carmel Mountain Road
Suite 300
San Diego, California 92130
ASkale@mintz.com

By: /s/ Matthew J. Dowd
Matthew Dowd
D.C. Bar No. 998373
Dowd Scheffel PLLC
1717 Pennsylvania Avenue, NW,
Suite 1025
Washington, D.C. 20006
mdowd@dowdscheffel.com
(202) 559-9175

*Counsel for Defendants*